# APPENDIX A

## APPENDIX A

### LIST OF IP ADDRESSES AND HOSTING COMPANIES ASSOCIATED WITH TRICKBOT'S COMMAND AND CONTROL SERVERS

| IP Addresses of Command and Control Servers | Hosting Companies/Data Centers Where Defendants Have Placed the Command and Control Servers |
|---|---|
| 104.161.32.103<br><br>104.161.32.105<br><br>104.161.32.106<br><br>104.161.32.109<br><br>104.161.32.118 | Input Output Flood, LLC  d/b/a Ioflood<br>9030 W. Sahara Ave., Suite 703<br>Las Vegas, NV 89117<br><br>Input Output Flood, LLC  d/b/a Ioflood<br>c/o Phoenix NAP, LLC d/b/a phoenixNAP<br>3402 E University Dr. #6<br>Phoenix, AZ 85034 |
| 104.193.252.221 | Hosting Solution Ltd.<br>c/o Hurricane Electric LLC<br>48233 Warm Springs Blvd<br>Fremont, CA 94539<br><br>Hurricane Electric LLC<br>760 Mission Ct.<br>Fremont, CA 94539 |
| 107.155.137.19<br><br>107.155.137.28<br><br>107.155.137.7<br><br>162.216.0.163<br><br>23.239.84.132<br><br>23.239.84.136 | Nodes Direct Holdings, LLC<br>1650 Margaret St<br>Suite 302-351<br>Jacksonville, FL 32204<br><br>Nodes Direct Holdings, LLC<br>4495 Roosevelt Blvd, Suite 304-241<br>Jacksonville, FL 32210<br><br>Nodes Direct Holdings LLC<br>c/o Cologix, Inc.<br>421 W. Church St., Suite 429<br>Jacksonville, FL 32202 |
| 107.174.192.162<br><br>107.175.184.201 | Virtual Machine Solutions LLC<br>1600 Sawtelle Blvd., Suite 308<br>Los Angeles, CA 90025 |

| | |
|---|---|
| | Virtual Machine Solutions LLC<br>2801 Robin Rd.<br>Midwest City, OK 73110<br><br>Virtual Machine Solutions LLC<br>c/o Velocity Servers, Inc. d/b/a ColoCrossing<br>325 Delaware Ave., Suite 300<br>Buffalo, NY 14202<br><br>Velocity Severs, Inc. d/b/a ColoCrossing<br>8185 Sheridan Dr<br>Buffalo, NY 14221-6002 |
| 139.60.163.45 | Hostkey USA, Inc.<br>c/o Smyle & Associates<br>122 East 42nd St., Suite 3900<br>New York NY 10168<br><br>Hostkey USA, Inc.<br>c/o Webair Internet Development Company Inc.<br>501 Franklin Avenue, Suite 200<br>Garden City, NY 11530<br><br>Hostkey USA, Inc.<br>c/o Webair Internet Development Company Inc.<br>1025 Old Country Road<br>Westbury, NY 11590<br><br>Hostkey USA, Inc.<br>c/o Hurricane Electric LLC<br>501 Franklin Avenue, Suite 200<br>Garden City, NY 11530<br><br>Hurricane Electric LLC<br>760 Mission Ct.<br>Fremont, CA 94539 |
| 156.96.46.27 | Fastlink Network, Inc.<br>624. S. Grand Ave.<br>Los Angeles, CA 90017<br><br>Fastlink Network, Inc.<br>Fastlink Network – Newtrend Division<br>P.O. Box 17295 |

| | |
|---|---|
| | Encino, CA 91416<br><br>Fastlink Network, Inc.<br>c/o<br>Incorp Services, Inc.<br>5716 Corsa Ave, Suite 110<br>Westlake Village, CA 91362<br><br>Fastlink Network, Inc.<br>624. S. Grand Ave.<br>Los Angeles, CA 90017<br><br>Fastlink Network, Inc. and<br>VolumeDrive, Inc.<br>1143 Northern Blvd.<br>Clarks Summit PA 18411<br><br>Fastlink Network, Inc. and<br>VolumeDrive, Inc.<br>9 East Market St<br>Wilkes Barre, PA 18701 |
| 195.123.241.13<br><br>195.123.241.55 | Green Floid LLC<br>c/o Business Filings Inc.<br>1200 South Pine Island Road<br>Plantation, FL 33324<br><br>Green Floid LLC<br>119 Grimsby St. – Staten Island<br>New York, NY 10306<br><br>Green Floid LLC<br>2707 East Jefferson Street<br>Orlando, FL, 32803<br><br>Green Floid LLC<br>ITL-Bulgaria Ltd.<br>c/o<br>Equinix, Inc.<br>1920 E. Maple Ave.<br>El Segundo, CA 90245<br><br>Equinix, Inc.<br>One Lagoon Dr.<br>Redwood City, CA 94065 |

|  | Equinix, Inc.<br>c/o United Agent Group, Inc.<br>4640 Admiralty Way, 5th Floor<br>Marina del Rey, CA 90292 |
|---|---|
| 162.247.155.165 | Twinservers Hosting Solutions Inc.<br>23 Meadowview Circle<br>Nashua, NH 03062<br><br>Twinservers Hosting Solutions, Inc.<br>c/o DataSite Atlanta BPC, LLC<br>c/o Burges Property & Co.<br>1130 Powers Ferry Pl.<br>Marietta, GA 30067<br><br>DataSite Atlanta BPC, LLC<br>Burges Property & Co.<br>2658 Del Mar Heights Rd. #558<br>Del Mar, CA, 92014<br><br>Twinservers Hosting Solutions, Inc.<br>c/o Performive LLC<br>1130 Powers Ferry Pl.<br>Marietta, GA 30067<br><br>Performive LLC<br>c/o Holt Ney Zatcoff & Wasserman, LLP<br>100 Galleria Parkway, Suite 1800<br>Atlanta, GA, 30339 |